# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MATTHEW CHRISTOPHERSON and
KIMBERLY CHRISTOPHERSON,**

Plaintiffs,

V.   CASE NUMBER: **06-C-873**

**CROWN EQUIPMENT CORPORATION,**

Defendant.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion to dismiss the plaintiffs' complaint alleging personal injury in the workplace is GRANTED pursuant to Rule 41(b).**
**This action is hereby DISMISSED.**

| | |
|---|---|
| <u>     **January 10, 2008**     </u> | <u>**JON W. SANFILIPPO**          </u> |
| Date | Clerk |
| | <u> s/ Linda M. Zik             </u> |
| | (By) Deputy Clerk |